E.D.N.Y.–Bklyn
14-cv-1212
Weinstein, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand fifteen.

Present:
> Rosemary S. Pooler,
> Debra Ann Livingston,
> > *Circuit Judges[1].*

Frances Ludwigson,

> *Plaintiff-Appellee,*

v.                                                                                              15-1660

The Roman Catholic Diocese of Brooklyn, et al.,

> *Defendants-Appellants.*

Appellants move for a stay of trial pending their appeal of the district court's order refusing to enforce the parties' oral settlement agreement and permitting the litigation of Appellee's employment discrimination claims to proceed. However, this Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). The collateral order doctrine is inapplicable. *Digital Equipment Corp. v. Desktop Direct*

---

[1] Judge Reena Raggi, a member of the original panel, subsequently recused herself. Therefore, this case is decided by the two remaining members of the panel pursuant to Internal Operating Procedure E(b) of the Rules of the United States Court of Appeals for the Second Circuit.

*Inc.*, 511 U.S. 863, 867-84 (1994).   Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED and Appellants' stay motion is DENIED as MOOT.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk